IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY LOPEZ,

    Plaintiff,                          No. CIV S-05-2225 FCD GGH P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                  <u>FINDINGS & RECOMMENDATIONS</u>

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2005, the court issued an order addressing plaintiff's complaint filed November 3, 2005. The court found that plaintiff's complaint stated a colorable claim for relief against defendant Pike. The court dismissed the claims against defendant Kernan with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now recommends dismissal of defendant Kernan and separately orders service of defendant Pike

          Accordingly, IT IS HEREBY RECOMMENDED that defendant Kernan be dismissed for the reasons stated in the November 18, 2005, order.

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 2/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
lop2225.56